UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REGINA RIGBY,<br><br>                Plaintiff,<br>    v.<br><br>WALMART INC.,<br><br>                Defendant. | CASE NO. 3:24-cv-05688-DGE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL (DKT. NO. 15) |

On December 4, 2025, the Parties filed a stipulated motion to dismiss this case with prejudice and without fees or costs to any party. (Dkt. No. 15.) The Court GRANTS the Parties' motion to dismiss (Dkt. No. 15) and ORDERS that all claims are DISMISSED with prejudice and with each party to pay its own costs.

Dated this 5th day of December, 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL (DKT. NO. 15) - 1